**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

December 16, 2019

Clerk, U.S. Bankruptcy Court

BY DEPUTY

In re
**Rocky Dean Langeliers**
Debtor(s)

Case No. **19–63488–tmr7**

ORDER AND NOTICE
OF TIME TO FILE CLAIMS

The trustee anticipates receiving funds which may be sufficient to pay a dividend to creditors, therefore,

**IT IS ORDERED AND NOTICE IS GIVEN** that:

1. The deadline to file a Proof of Claim is **3/16/20** for all creditors, except for governmental units for which a later deadline may apply; see Fed. Rule Bankr. Proc. 3002(c)(1). Your claim must be <u>received</u> by the bankruptcy clerk's office by this deadline.

2. Any surplus of funds remaining after payment of filed claims will be returned to the debtor(s).

Clerk, U.S. Bankruptcy Court

**TO FILE A CLAIM**:

(a) File a proof of claim at <u>https://www.orb.uscourts.gov</u>. Select Proof of Claim (ePOC) and follow the steps to create and electronically file a proof of claim on the required form. No login/password is required.

(b) If you have already filed a claim in this case, do not file it again.

(c) If you do not have internet access, please call the court at 503–326–1500 or 541–431–4000 to request a claim form.

**NOTICE IS GIVEN** that, pursuant to LBR 2016–1(i)(1), the trustee may incur and pay from estate funds, or reimburse the trustee from estate funds, up to $1,000 in the aggregate for the following actual and necessary expenses to preserve or protect the estate: bond premiums, bank fees, court fees, UCC search fees, property–title search fees, and locksmith or security charges. An interested party may object within 21 days after the date in the "FILED" stamp above by filing a written objection, setting forth the specific grounds for the objection, with the Clerk of Court and serving a copy of the objection upon the trustee. If the 5–digit portion of the Case No. begins with "3" or "4", mail the objection to: 1050 SW 6th Ave., #700, Portland, OR 97204. If the 5–digit portion of the Case No. begins with "6" or "7", mail the objection to : 405 E. 8th Ave., #2600, Eugene, OR 97401. Service may be made upon the trustee at: Vanesa Pancic, POB 280, Wilsonville OR, 97070.